**DeConcini McDonald Yetwin & Lacy, P.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Telephone (602) 282-0500
Facsimile (602) 282-0520

Lawrence D. Hirsch 004982
lhirsch@dmylphx.com
Jeannette Bickner, 009409
Jbickner@dmylphx.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ROCHELLE J. ROJAS<br><br>Debtor | In Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-03070-SSC<br><br>**MOTION TO COMPEL ABANDONMENT OF INTEREST IN LIMITED LIABILITY COMPANY** |

Rochelle J. Rojas, the Debtor and Debtor-In-Possession in this case ("Debtor"), by and through Counsel undersigned, moves this Court to Compel the Abandonment of the Estate's interest, in Black Paw Management, LLC, an Arizona limited liability company ("Black Paw").

In support of this Motion, Debtor represents as follows:

1. Debtor filed for relief under Chapter 11 of the Bankruptcy Code on February 5, 2010. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 5, 2010. No Trustee has been appointed to administer the Debtor's Estate and the Debtor is

DeConcini McDonald Yetwin & Lacy, P.C.
2025 North Third Street, Suite 230
Phoenix, Arizona 85004

acting as Debtor-In-Possession of her assets and in the management of her business pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. This Court has jurisdiction over the parties and this case pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b) (2) (A). Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

3. Debtor's business consists primarily of the ownership and management of single and multi-family rental properties and one retail property, the majority of which are located within in the greater Phoenix area.

4. In Schedule B of her Schedules and Statement of Affairs, Debtor listed Black Paw Management, LLC (Black Paw") as her management company.

5. Debtors seek abandonment of the Estate's interest in this company.

6. The value of the company is $0.00, which is less than the amount of the total of the debts owed by the company and is therefore of inconsequential value to the estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order compelling the Estate to abandon any interest in Black Paw.

RESPECTFULLY SUBMITTED this 26th day of March, 2010,

DECONCINI MCDONALD YETWIN & LACY, P.C.

/s/ Lawrence D. Hirsch, #004982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorneys for Debtor

DeConcini McDonald Yetwin & Lacy, P.C.
2025 North Third Street, Suite 230
Phoenix, Arizona 85004

1  Notice of the foregoing was transmitted
2  this 26th day of March, 2010, to:
3  Mailing Matrix
4
5  By: /s/ Linda Miernik
   Legal Assistant to Lawrence D. Hirsch
6  7310 North 16th Street, Suite 330
   Phoenix, Arizona 85020
7  Phone: 602-282-0473
   Fax: 602-282-0520

3