# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Rochelle J. Rojas | | |
| **Case Number:** | 2:10-bk-03070-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 23, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. NATIONAL ASSOCIATION

**R / M #:**   111 / 0

## *Appearances:*

NONE

## *Proceedings:*

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on May 14, 2010 , by U.S. Bank, N.A.  ("Movant").  The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

  x     The Assignment and Assumption of Interests and Obligations provided by the Movant indicates that there is an exhibit which lists the assets that the Federal Deposit Insurance Corporation as Receiver for Downey Savings & Loan Association assigned to U.S. Bank, N.A.  However, the Exhibit was not attached, so the Court cannot determine what interest, if any, the Movant has in the Note and Deed of Trust.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on June 23, 2010 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.

06/22/2010    8:01:42AM