**SIGNED.**

Dated: October 21, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

**DECONCINI MCDONALD YETWIN & LACY, P.C.**
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
TELEPHONE (602) 282-0500
FACSIMILE (602) 282-0520
Lawrence D. Hirsch 004982
lhirsch@dmylphx.com
Jeannette Bickner, 009409
Jbickner@dmylphx.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 11 |
| ROCHELLE J. ROJAS | Case No. 2:10-bk-03070-SSC |
| Debtor | **ORDER ON STIPULATION TO CONTINUE ORAL ARGUMENT ON MOTION FOR RELIEF FROM STAY AND OBJECTION TO PLAN** |

Upon Stipulation by the parties and good cause appearing,

IT IS HEREBY ORDERED continuing the Oral Argument on US Bank's Motion for Relief from Stay and Objection to Plan from October 26, 2010 at 10:00 a.m., to November 30, 2010, at 11:00 a.m.

SIGNED AND DATED ABOVE.