**SIGNED.**

Dated: December 03, 2010



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROCHELLE J. ROJAS, | Case No. 10-3070 |
| Debtor. | ORDER DIRECTING PARTIES TO STIPULATE TO NATURE OF PROPERTY |

On November 30, 2010, the Court held a Confirmation Hearing and Oral Argument on a Stay Relief Action in the above-captioned case. The matter was continued to January 19, 2011 at 10:00 am.[1] The disputed property is real property located at 6713 North 59th Drive, Glendale, Arizona 85301 (the "Property"). The Court is not certain of the exact nature of the Property, and hereby requests that the parties stipulate to a description of the Property. The parties should file this stipulated description no later than fourteen (14) days from the date of this Order. The description should include size of the lot and the number of housing units on the Property.

IT IS ORDERED that the parties to the Stay Relief Action file a stipulated description of the Property no later than fourteen (14) days from the date of this Order. The description should include the number of units on the Property, as well as the size of the lot.

IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties, and file an affidavit of service thereon.

SIGNED AND DATED ABOVE

---

[1] See Docket Entry No. 233 for the Minute Entry from the Hearing.

BNC TO NOTICE:

Office of the United States Trustee
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003

Mark S. Bosco
Loenard J. McDonald
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85015
*Attorneys for U.S. Bank*

Lawrence D. Hirsch
Jeannette Bickner
DeConcini McDonald Yetwin & Lacy, PC
7310 N. 16th St. #330
Phoenix, AZ 85020
*Attorneys for Debtor*