**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07541

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rochelle J. Rojas<br>     Debtor.<br>_____<br>U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for the Downey Savings and Loan Association, F.A.<br><br>     Movant,<br>vs.<br><br>Rochelle J. Rojas, Debtor; United States Trustee, Trustee.<br><br>     Respondents. | No. 2:10-bk-03070-SSC<br><br>Chapter 11<br><br>ORDER FOR REMOVAL<br>OF BANKRUPTCY STAY<br><br>6713 N. 59th Ave.<br>Glendale, AZ 85301 |

     IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property located at 6713 North 59th Ave., Glendale, Arizona 85301, which is the subject of the Deed of Trust recorded 12/18/2007, at Recorders No. 20071322822, in the records of the Maricopa County, Arizona

1

Recorder's Office, wherein U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for the Downey Savings and Loan Association, F.A. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 15, Block 38, AMENDED PLAT OF BLOCKS, 1, 2, 3 AND 4, ORCHARD ADDITION TO GLENDALE, a subdivision recorded in Book 3 of Maps, Page 36, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender her interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant is not bound by the terms of the confirmed Plan and the sale of the property is not required to take place prior to Plan confirmation. Movant hereby withdraws its objection to the Plan.

IT IS FURTHER ORDERED that the hearing scheduled for January 19, 2010 at 10:00 am in this matter is vacated.